JAMES P. HALL et al., appellants,

*v.*

J. FRANK FINN, respondent.

[Submitted May term, 1935.   Decided October 9th, 1935.]

*Messrs. Lichtenstein, Schwartz & Friedenberg,* for the respondent.

*Mr. John W. Ackford,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan and reported in *116 N. J. Eq. 34.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   15.

*For reversal*—None.